UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

TALITHA ALLEN-MORALES,

    Plaintiff,                        DEMAND FOR JURY TRIAL

-vs-                                  Case No. 23-11760
                                        Hon. Mark A Goldsmith

SPECTRUM MOTORS, LLC, et al.

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL of NATIONWIDE CASSEL LLC only WITH PREJUDICE

The Plaintiff dismisses all claims against NATIONWIDE CASSEL LLC only with prejudice and without costs or attorneys fees.

                                            Respectfully Submitted,

                                            ADAM G. TAUB & ASSOCIATES
                                            CONSUMER LAW GROUP, PLC

            By:    s/ Adam G. Taub
                    Adam G. Taub (P48703)
                    Attorney for Talitha Allen-morales
                    17200 West 10 Mile Rd, Ste 200
                    Southfield, MI 48075
                    (248) 746-3790
                    adamgtaub@clgplc.net

Dated: October 18, 2023