UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Talitha Allen-Morales,

           Plaintiff(s),

v.                                        Case No. 2:23-cv-11760-MAG-EAS
                                          Hon. Mark A. Goldsmith

Spectrum Motors LLC, et al.,

           Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Spectrum Motors LLC

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            KINIKIA D. ESSIX, CLERK OF COURT

                                            By: s/ Madeline C Chorley
                                                   Deputy Clerk

Dated:  October 18, 2023